NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JOHN W. STEVENS, )
)
     Appellant, )
)
v. )    Case No. 2D18-155
)
MARY KATHERINE STEVENS, )
)
     Appellee. )
_____ )

Opinion filed September 28, 2018.

Appeal pursuant to Fla. R. App. P. 9.130
from the Circuit Court for Pinellas
County; Susan St. John, Judge.

Michael J. Park and Joseph R. Park of
Park, Ossian, Barnaky & Park, P.A.,
Clearwater, for Appellant.

Gary E. Williams and Stephen D. Gregg of
The Law Firm For Family Law, Clearwater,
for Appellee.


PER CURIAM.

     Affirmed.


LaROSE, C.J., and KELLY and SALARIO, JJ., Concur.